Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:12-cv-00740-AWI-BAM |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; ORDER |
| v. | |
| LUCAS GARCIA BLAS a/k/a LUCAS J. GARCIA, et al., | |
| Defendants. | |

TO THE HONORABLE ANTHONY W. ISHII, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Tuesday, September 4, 2012 at 9:00 AM.  As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants Lucas Garcia Blas a/k/a Luca J. Garcia and Eusebio Rosario, individually and d/b/a Manila Ranch Grill.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Initial Scheduling Conference Statement.

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon each of the Defendants.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Tuesday, September 4, 2012 at 9:00 AM.

Respectfully submitted,

Dated: August 30, 2012

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

## <u>ORDER</u>

For GOOD CAUSE SHOWN, it is hereby ORDERED that the Initial Scheduling Conference currently set for September 4, 2012 at 9:00 AM (Doc. 4) is CONTINUED to <u>October 29, 2012 at 9:00 AM</u> in Courtroom 8 before the Honorable Barbara A. McAuliffe.

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **August 30, 2012**                    /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE