**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO.  1:12-cv-00740-AWI-BAM** |
| **Plaintiff,** | **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ADDITIONAL TIME TO COMPLETE SERVICE** |
| **v.** | |
| **LUCAS GARCIA BLAS, et al.** | |
| **Defendant.** | |

**ORDER**

On August 31, 2012, Plaintiff filed an ex parte application seeking an extension of time to complete service on the above Defendants.  (Doc. 9.)  Plaintiff's Complaint was filed on May 4, 2012. (Doc. 1.)  Pursuant to Fed. R. Civ. P. 4(m), Plaintiff's Complaint was to be served no later than September 4, 2012.  Having considered Plaintiff's Application, and for good cause shown, the Court grants Plaintiff's request.  Plaintiff shall have until October 19, 2012, to complete service of process on the above defendants.

IT IS SO ORDERED.

Dated:    **September 13, 2012**            /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE