Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| J & J Sports Productions, Inc., | Case No. 12-cv-00740-AWI-BAM |
|---|---|
| Plaintiff, | |
| vs. | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL; AND ORDER (~~Proposed~~) |
| Lucas Garcia Blas, et al., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses, *without prejudice,* defendants Lucas Garcia Blas a/k/a Lucas J. Garcia and Eusebio Rosario, individually and d/b/a Manila Ranch Grill.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: October 27, 2012       */s/  Thomas P. Riley*
                              **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                              By:  Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J Sports Productions, Inc.

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL; AND ORDER (Proposed)
CASE NO. 12-cv-00740-AWI-BAM
PAGE 1

**ORDER** (Proposed)

It is hereby ordered that civil action number 1:12-cv-00740-AWI-BAM styled *J & J Sports Productions, Inc. v. Lucas Garcia Blas, et al.*, is dismissed **without prejudice**.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   October 29, 2012                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE